

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX, and NJ

ROBERTO SALAS
PARALEGAL
DIRECT 612-383-1865
1-888-847-8517 EXT. 865
ROBERTO@FIELDSLAW.COM

August 24, 2023

The Honorable Judge Joseph H. Rodriguez
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Street
Camden, NJ 08101

*VIA ECF*

RE:     Booker v. Equifax Information Services LLC, et al.
        Court File No. 1:23-cv-3651

Dear Judge Rodriguez:

Please be advised that Plaintiff Jerry Booker and Defendant Experian Information Solutions, Inc. have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Voluntary Dismissal within 60 days. Defendants Equifax Information Services LLC and Trans Union LLC still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew P. Forsberg*

Matthew P. Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)