# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

| | |
|---|---|
| MATTHEW FORSBERG | ROBERTO SALAS |
| ATTORNEY* | PARALEGAL |
| DIRECT 612-383-1868 | DIRECT 612-383-1865 |
| 1-888-847-8517 EXT. 868 | 1-888-847-8517 EXT. 865 |
| MATT@FIELDSLAW.COM | ROBERTO@FIELDSLAW.COM |
| *Licensed in MN, TX, and NJ | |

September 14, 2023

The Honorable Judge Joseph H. Rodriguez
United States District Court
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Street
Camden, NJ 08101

*VIA ECF*

RE:   Booker v. Equifax Information Services LLC, et al.
      Court File No. 1:23-cv-3651

Dear Judge Rodriguez:

Please be advised that Plaintiff Jerry Booker and Defendant Equifax Information Services LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Voluntary Dismissal within 60 days. No defendants remain.

Respectfully Submitted,

*/s/ Matthew P. Forsberg*

Matthew P. Forsberg
MPF/ras
Attorney

cc: All Counsel (via ECF)